**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br>Blue Draft Corporation | Case No.: 26-19010 (SLM)<br>Hearing Date: 9/22/2026 @ 11:00 am<br>Chapter: 11 (Small Business Subchapter V)<br>Judge: Stacey L. Meisel |

**NOTICE OF STATUS HEARING AND § 1111(b) ELECTION DEADLINE**

**11 U.S.C. § 1188(a) STATUS HEARING:**

You are hereby notified of a hearing before the Honorable Stacey L. Meisel, United States Bankruptcy Judge. **COURT APPEARANCES ARE REQUIRED.**

**Reason for Hearing:** **Status Conference**

**Location of Hearing:** Courtroom No. 3A
M. L. K. Jr. Federal Building, 50 Walnut Street
Newark, NJ 07102

**Date and Time:** 09/22/2026 at 11:00 am, or as soon thereafter as counsel may be heard.

NOTE: **In accordance with 11 U.S.C. § 1188(c), a status report must be filed by the debtor not later than 14 days before the date of the initial status conference. Mandatory *Local Form Subchapter V Status Report* can be found at www.njb.uscourts.gov under the "forms" tab.**

**11 U.S.C. § 1111(b) ELECTION DEADLINE:**

In accordance with Federal Rule of Bankruptcy Procedure 3014, the Court hereby directs creditors seeking a § 1111(b) election to make such election **no later than 14 days** from the filing of the debtor's plan, unless extended by further order of the Court.

**NOTICE**

**THE DEBTOR MUST SERVE THIS NOTICE ON ALL CREDITORS AND PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE ON THE CASE DOCKET**

DATE: August 17, 2026

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on August 17, 20 26 this notice was served on the following:

Debtor-in-Possession, Debtor's Counsel, Sub. V. Trustee, and US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Robert A. Heim
Deputy Clerk

*rev. 1/22/2024*

United States Bankruptcy Court
District of New Jersey

In re:
Blue Draft Corporation
Debtor

Case No. 26-19010-SLM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | 
Date Rcvd: Aug 17, 2026 | Form ID: pdf900 | Total Noticed: 2

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Blue Draft Corporation, 19 Rosemont Ave, Madison, NJ 07940-1427 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 17 2026 22:08:34 | AIS Portfolio Services, LLC Attn: Ally Bank Lease, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Barry E. Janay | on behalf of Debtor Blue Draft Corporation bjanay@lobej.com docket@lobej.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Scott S. Rever | scott.rever@stevenslee.com |

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4