**Fill in this information to identify the case:**

Debtor name Blue Draft Corporation

United States Bankruptcy Court for the: District of New Jerse (State)

Case number (If known): 26-19010 (SLM) Chapter 11

☒ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction contract - proje at 75 East 77th St, New Yor | (To be completed by the debtor: legal name mailing address of contracting party) |
| | **State the term remaining** | Until completion of work | |
| | **List the contract number of any government contract** | None | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction contract - proje at 150 W 12th St, New York | (To be completed by the debtor: legal name mailing address of contracting party) |
| | **State the term remaining** | Until completion of work | |
| | **List the contract number of any government contract** | None | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction contract - proje at 173 Perry St, New York, N | (To be completed by the debtor: legal name mailing address of contracting party) |
| | **State the term remaining** | Approx. 8-10 weeks | |
| | **List the contract number of any government contract** | None | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction contract - proje at 36 Gramercy Park E, Nev | (To be completed by the debtor: legal name mailing address of contracting party) |
| | **State the term remaining** | Until completion of work | |
| | **List the contract number of any government contract** | None | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction contract - proje at 670 West End Ave, New Y | (To be completed by the debtor: legal name mailing address of contracting party) |
| | **State the term remaining** | Until completion of work | |
| | **List the contract number of any government contract** | None | |

Debtor Blue Draft Corporation
Name

Case number *(if known)* 26-19010 (SLM)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2._ 6 | State what the contract or lease is for and the nature of the debtor's interest | Construction contract - chur<br>renovation, Ogdensburg, NJ | Saint Thomas of Aquin Parish<br>53 Kennedy Avenue<br>Ogdensburg, NJ 07439 |
| | State the term remaining | Final billing/reconciliation | |
| | List the contract number of any government contract | None | |
| 2._ 7 | State what the contract or lease is for and the nature of the debtor's interest | Lease - 358 Amboy St, 2nd<br>Brooklyn, NY (if debtor a pa | (To be completed by the debtor:<br>landlord's legal name and address) |
| | State the term remaining | Per lease - to be provided | |
| | List the contract number of any government contract | None | |
| 2._ 8 | State what the contract or lease is for and the nature of the debtor's interest | Storage unit rental - facility<br>holding debtor's tools/equipı | (To be completed by the debtor:<br>facility name and mailing address) |
| | State the term remaining | Per agreement - to be provi | |
| | List the contract number of any government contract | None | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |