Order Filed on September 11, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re: Blue Draft Corporation

Case No.: 26-19010-(SLM)

Chapter: 11

Judge: Stacey L. Meisel

**ORDER TRANSFERRING CASE BECAUSE VENUE IS IMPROPER**

The relief set forth on the following page numbered 2 of 2 is hereby **ORDERED**.

**DATED: September 11, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter comes before the Court *sua sponte*. For the reasons set forth below, the Court hereby transfers this bankruptcy case to the United States Bankruptcy Court for the Eastern District of New York. The Clerk of the Court is directed to take all necessary steps to effectuate this transfer immediately and to close the file in this District.

**WHEREAS** on August 7, 2026, Blue Draft Corporation filed a petition for relief under Chapter 11 of Title 11 of the United State Code in the District of New Jersey—Newark Vicinage;

**WHEREAS** the record shows that the Debtor's principal place of business, principal assets, and primary creditors are in Brooklyn, NY (*See* ECF No. 4);

**WHEREAS** venue is proper in the Eastern District of New York because the Debtor's principal place of business and location of assets have been in that district for the preceding 180 days; and

**WHEREAS** Federal Rule of Bankruptcy Procedure 1014(a) empowers the Court to effectuate such a transfer;

**THEREFORE, IT IS HEREBY ORDERED:**

1. This bankruptcy case is **TRANSFERRED** to the United States Bankruptcy Court for the Eastern District of New York.
2. The Clerk of the Court is directed to take all necessary steps to effectuate this transfer immediately and to close the case in this District.