**SCOTT S. REVER, ESQ.**
*Former Subchapter V Trustee*
110 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
Tel: (973) 387-7801

**Hearing Date: November 16, 2026, at 11:00 a.m. (EST)**

**Objection Deadline: November 9, 2026, at 5:00 p.m. (EST)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| BLUE DRAFT CORPORATION, | Case No. 26-44517 (JMM) |
| Debtor. | |

**NOTICE OF HEARING ON APPLICATION OF SCOTT S. REVER, ESQ., FORMER SUBCHAPTER V TRUSTEE, FOR A FIRST AND FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 13, 2026, THROUGH SEPTEMBER 30, 2026**

**PLEASE TAKE NOTICE**, that Scott S. Rever, Esq. ("Trustee"), as former Subchapter V Trustee for the above-captioned debtor and debtor-in-possession (the "Debtor") in the above-referenced Chapter 11 case (the "Bankruptcy Case"), has filed an application (the "Application") for the allowance and payment of professional fees and expenses incurred in the Bankruptcy Case. The amount of fees and expenses requested by Trustee on a first and final basis pursuant to the Application is as follows:

| Applicant | Application Period | Fees Requested | Expenses Requested | Total |
|---|---|---|---|---|
| Scott S. Rever, Esq.<br><br>*Former Subchapter V Trustee* | 8/13/2026-9/30/2026 | $2,500.00 | $0 | $2,500.00 |

**PLEASE TAKE FURTHER NOTICE,** that a hearing (the "Hearing") to consider the Application and any objections related thereto will be held on **November 16, 2026, at 11:00 a.m. (EST)** before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge for the Eastern District of New York, at the United States Bankruptcy Court, Eastern District of New York (the "Bankruptcy Court"), Conrad B. Duberstein Federal Courthouse, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201.

**PLEASE TAKE FURTHER NOTICE**, that appearances at the Hearing shall be made in-person. A party may appear by videoconference if they request permission from the Bankruptcy Court deputy by email at JMM_hearings@nyeb.uscourts.gov at least 48 hours prior to the Hearing. If you do not obtain permission to appear by videoconference at least 48 hours prior to the Hearing, you will be required to appear in-person. All attorneys and unrepresented parties are required to register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl at least two (2) business days in advance of the Hearing. Appearances registration is required by attorneys and non-attorneys.

**PLEASE TAKE FURTHER NOTICE**, that that objections, if any, to the relief sought in the Application, or any portion thereof (an "Objection"), shall be made in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Eastern District of New York, and be filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Eastern District of New York, Conrad B. Duberstein Federal Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201, on a 3.5 inch floppy disk or compact disc, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format and served upon: (i) counsel to the Trustee, Stevens & Lee, P.C., 485 Madison Avenue, 20th Floor, New York, New York, 10022, Attn: Constantine D. Pourakis (Email: Constantine.pourakis@stevenslee.com), and (ii) the Office of the U.S. Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004-1408, so as to be actually received no later than **5:00 p.m. (EST) on November 9, 2026, at 5:00 p.m. EST** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE**, that only those Objections that are timely filed, served, and received by the Objection Deadline will be considered at the Hearing, and failure to file a timely Objection may result in entry of an order granting the relief requested in the Application without further notice or hearing.

**PLEASE TAKE FUTHER NOTICE**, that the Hearing may be adjourned without further notice to any creditor or other party in interest other than by announcement of the adjourned date in open court at the Hearing.

**PLEASE TAKE FURTHER NOTICE**, that the Application and exhibits thereto may be viewed on the Bankruptcy Court's website https://www.nyeb.uscourts.gov for those with a PACER password. Copies of the Application and referenced exhibits are also available upon request from the undersigned counsel to the Trustee.

Dated: New York, New York
October 2, 2026

**STEVENS & LEE, P.C.**

By: *<u>/s/ Constantine D. Pourakis</u>*
Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 319-8500
Email: Constantine.pourakis@stevenslee.com

*Counsel to the Former Subchapter V Trustee*