**SCOTT S. REVER, ESQ., Former Subchapter V Trustee**
110 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
Tel: (973) 387-7801

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| BLUE DRAFT CORPORATION, | Case No. 26-44517 (JMM) |
| Debtor. | |

**SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED FOR THE FIRST AND FINAL FEE APPLICATION OF SCOTT S. REVER, ESQ. FORMER SUBCHAPTER V TRUSTEE**

| | |
|---|---|
| Name of Applicant: | Scott S. Rever, Esq. |
| | |
| Compensation Period: | August 13, 2026, to September 30, 2026 |
| | |
| Role in This Case: | Former Subchapter V Trustee |
| | |
| Current Application: | |
| Total Fees Requested for the Compensation Period: | $2,500.00 |

| | |
|---|---|
| Total Expenses Requested for the Compensation Period: | $0.00 |
| Total Sought: | $2,500.00 |
| | |
| Petition Date: | August 7, 2026 |
| | |
| Appointment Date: | August 13, 2026 |
| | |
| Hourly Rate During the Compensation Period: | $500.00 |
| | |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | n/a |
| | |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | n/a |

This is an: __ interim _X__ final application.

**Fees by Professional**
**During Compensation Period**

| Name | Position/ Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Scott S. Rever | Partner; admitted in 1994 | $500 | 5.0 | $2,500.00 |
| **Total** | | | **5.0** | **$2,500.00** |

**Fees by Project Category During**
**First Interim Compensation Period**

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| Case Administration | 4.5 | $2,250.00 |
| Fees and Retention | 0.5 | $250.00 |
| **Total** | **5.0** | **$2,500.00** |

**Expenses During**
**Compensation Period**

| Disbursements | Amount |
|---|---|
| FedEx | |
| File Fee | |
| Lexis Online Legal Research | |
| OUTPRINT | |
| PACER | |
| Photocopy | |
| Postage | |
| Trans | |
| **Total Disbursements** | **$0** |

**SCOTT S. REVER, ESQ., Former Subchapter V Trustee**
110 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
Tel: (973) 387-7801

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| BLUE DRAFT CORPORATION, | ) | Case No. 26-44517 (JMM) |
| Debtor. | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES TO FORMER SUBCHAPTER V TRUSTEE, SCOTT S. REVER, ESQ.**

TO: THE HONORABLE JIL MAZER-MARINO
UNITED STATES BANKRUPTCY JUDGE

The Application of Scott S. Rever, Esq., former Subchapter V Trustee herein, respectfully states to the Court as follows:

1. On August 7, 2026, Blue Draft Corporation filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On August 13, 2026, Scott S. Rever, Esq. (the "Trustee") was appointed to serve as Subchapter V Trustee. *See* Exhibit A (Notice of Appointment), annexed hereto.

3. By Order dated September 11, 2026, the United States Bankruptcy Court for the District of New Jersey transferred venue of this bankruptcy case to this Court. *See* Exhibit B (Transfer Order), annexed hereto. On September 29, 2026, my role as Trustee was terminated.

4. The within Application represents the Trustee's First and Final Application for Allowance of Fees as Subchapter V Trustee and covers the time period from August 13, 2026

through September 30, 2026.

4. Annexed hereto and made part hereof as Exhibit C are copies of the Trustee's computerized time sheets. These detail the services rendered by the Trustee, the hourly rate charged, and the actual time expended in the performance of such services. Said time sheets reflect that the Trustee has expended 5.0 hours in performing services, resulting in charges of $2,500.00. The Trustee incurred $0.00 in out of pocket disbursements in the performance of my duties as Subchapter V Trustee.

6. Annexed hereto and made part hereof as Exhibit D is the Certification of Scott S. Rever, submitted in accordance with the provisions of Section 504 of the Bankruptcy Code.

7. The services performed by applicant in its capacity as the Subchapter V Trustee included:

a. The Trustee reviewed the docket, petition, etc. to understand the debtor's assets and financial affairs.

b. The Trustee discussed the case with debtor's counsel, the reason for the filing, and the debtor's intentions with respect to confirming a plan, and regarding venue issues in the case.

c. The Trustee had communications with the United States Trustee's Office regarding the case.

d. The Trustee reviewed all filings in the case, including letters by debtor's counsel to court regarding venue issues.

e. The Trustee received and reviewed notices from the Internal Revenue Service and forwarded them to debtor's counsel.

f. The Trustee reviewed the entered order transferring venue of the case.

8. In addition to the foregoing, your applicant respectfully directs the Court's attention to the detailed time records submitted herewith, which sets forth the specific services rendered.

9. I believe that these services were both necessary and beneficial to the estate.

**10. The Trustee requests that the Order provide that the Debtor shall pay the fees and expenses requested herein, within 10 days of the entry of the Court's Order allowing the fees and expenses.**

**WHEREFORE,** Scott S. Rever, Esq., former Subchapter V Trustee respectfully requests the entry of the annexed Order, granting a First and Final allowance of compensation in the amount of $2,500.00 together with reimbursement of actual out-of-pocket disbursements in the amount of $0.00 for a total award of $2,500.00.

Respectfully submitted,

Date: October 1, 2026

By: ______________________
SCOTT S. REVER, ESQ.
Former Subchapter V Trustee