# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Chapter 11 |
| Blue Draft Corporation, | Case No.: 26-19010 (SLM) |
| | Honorable Stacey L. Meisel |
| Debtor. | |

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Scott S. Rever
Stevens & Lee
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 387-7801
scott.rever@stevenslee.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9

By: */s/ Lauren Bielskie*
Lauren Bielskie
Acting Assistant United States Trustee

Dated: August 13, 2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Chapter 11 |
| Blue Draft Corporation, | Case No.: 26-19010 (SLM) |
| | Honorable Stacey L. Meisel |
| Debtor. | |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor;

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason; and,

(d) have no connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as follows: **(If you have no connections, write "none".)**

None

*Subject to court approval pursuant to* 11 U.S.C. § 330, *I anticipate seeking compensation for my* service in this case at an hourly rate of $500, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as Subchapter V trustee in this case pursuant to FRBP 2008.

Dated: 6-12-26

/s/ [signature]
Scott S. Rever, Esq.