# **EXHIBIT C**

Stevens & Lee

Powerful partnerships. Standout solutions.

September 30, 2026

Scott S. Rever, Esq., Subchapter V
110 Allen Road
Suite 304
Basking Ridge, NJ 07920

| | |
|---|---|
| Invoice No. | 99444990 |
| Client No. | 124005 |
| Matter No. | 00010 |
| Billing Attorney: | SSR |

## BILLING SUMMARY

For Professional Services Rendered for the period ending: September 30, 2026.

**RE: SCOTT S. REVER, ESQ., SUBCHAPTER V TRUSTEE/BLUE DRAFT CORPORATION**

| | |
|---|---|
| Total Professional Fees | $ 2,500.00 |
| Total Expenses | $ .00 |
| **TOTAL OF THIS INVOICE** | **$ 2,500.00** |

Client No. 124005
Matter No. 00010

September 30, 2026
Invoice No. 99444990

**RE: SCOTT S. REVER, ESQ., SUBCHAPTER V TRUSTEE/BLUE DRAFT CORPORATION**

**PROFESSIONAL FEES RENDERED**

| Date | Tkr | Description | Hrs | Amount |
|---|---|---|---|---|
| 8/11/26 | SSR | Email from US Trustee's Office regarding new appointment and email to DM regarding conducting conflict search and sending petition and schedules. | .20 | 100.00 |
| 8/11/26 | SSR | Reviewed docket and petition. | .30 | 150.00 |
| 8/11/26 | SSR | Call to debtor's counsel regarding case. | .10 | 50.00 |
| 8/11/26 | SSR | Call with debtor's counsel regarding case - venue issue. | .20 | 100.00 |
| 8/11/26 | SSR | Email to US Trustee's Office regarding conflict search and venue issue. | .20 | 100.00 |
| 8/12/26 | SSR | Call from Fran Steele regarding appointment and venue issue. | .20 | 100.00 |
| 8/12/26 | SSR | Email from US Trustee's Office with verified statement and completed and returned. | .20 | 100.00 |
| 8/13/26 | SSR | Reviewed notice of appointment of trustee. | .20 | 100.00 |
| 8/13/26 | SSR | Call to debtor's counsel regarding case. | .10 | 50.00 |
| 8/13/26 | SSR | Read letter from debtor's counsel to court regarding venue issues. | .20 | 100.00 |
| 8/14/26 | SSR | Call from debtor's counsel regarding retainer issues - venue. | .10 | 50.00 |
| 8/20/26 | SSR | Email to debtor's counsel regarding status of case and venue issues. | .10 | 50.00 |
| 8/20/26 | SSR | Reviewed notice of status conference and diaried dates. | .20 | 100.00 |
| 8/20/26 | SSR | Reviewed 341 hearing notice and diaried dates. | .20 | 100.00 |
| 8/24/26 | SSR | Call to debtor's counsel regarding status of case. | .10 | 50.00 |
| 8/25/26 | SSR | Call from debtor's counsel regarding case and venue issue. | .10 | 50.00 |
| 8/26/26 | SSR | Email from and to debtor's counsel regarding retainer and venue issue and letter to court. | .20 | 100.00 |
| 8/27/26 | SSR | Reviewed notice of appearance on Volt Electric. | .20 | 100.00 |
| 8/27/26 | SSR | Email from Volt Electric with draft claim and notice of appearance. | .20 | 100.00 |
| 8/28/26 | SSR | Email to debtor's counsel regarding status of case. | .10 | 50.00 |
| 8/31/26 | SSR | Email to debtor's counsel regarding status of case. | .10 | 50.00 |
| 9/01/26 | SSR | Reviewed docket regarding status of case. | .20 | 100.00 |
| 9/03/26 | SSR | Email to debtor's counsel regarding status of case. | .10 | 50.00 |
| 9/03/26 | SSR | Reviewed amended schedules. | .20 | 100.00 |
| 9/03/26 | SSR | Reviewed debtor's letter to court regarding court venue issues. | .20 | 100.00 |
| 9/08/26 | SSR | Reviewed notice from IRS and forwarded to debtor's counsel. | .20 | 100.00 |
| 9/11/26 | SSR | Reviewed entered order transferring case. | .10 | 50.00 |
| 9/30/26 | SSR | Fee application preparation. | .50 | 250.00 |

Client No. 124005
Matter No. 00010

September 30, 2026
Invoice No. 99444990

**TOTAL PROFESSIONAL FEES** **$ 2,500.00**

**TIMEKEEPER SUMMARY**

| Name | Hrs | Rate | Total |
|---|---|---|---|
| Scott Rever | 5.00 | 500.00 | 2,500.00 |
| **Total** | **5.00** | | **$ 2,500.00** |

**TOTAL OF THIS INVOICE** **$ 2,500.00**

Stevens & Lee

Powerful partnerships. Standout solutions.

September 30, 2026

Scott S. Rever, Esq., Subchapter V
110 Allen Road
Suite 304
Basking Ridge, NJ 07920

Invoice No. 99444990
Client No. 124005
Matter No. 00010
Billing Attorney: SSR
Tax I.D. #23-1886296

---

## REMITTANCE

**RE: SCOTT S. REVER, ESQ., SUBCHAPTER V TRUSTEE/BLUE DRAFT CORPORATION**

**BALANCE DUE THIS INVOICE** **$ 2,500.00**

Stevens & Lee is committed to offering safe, secure, and convenient options to pay your invoice using: Visa, MasterCard, Discover, American Express, e-Check, Apple Pay and Google Pay.

Online payments can be made at: https://www.stevenslee.com/payment-portal/

All checks should be made payable to:
(Please return this advice with payment.)

Stevens & Lee
A PA PROFESSIONAL CORPORATION
510 Carnegie Center Drive
Suite 400
Princeton, NJ 08540

Wire Transfers or ACH Transmissions:

Santander Bank
121 Franklin Corner Rd
LAWRENCEVILLE, NJ 08648
ABA #: 231372691
Swift Code: SVRNUS33
Account of: Stevens & Lee, P.C.
510 Carnegie Center Drive, Suite 400
Princeton, NJ 08540
Acct#: 8011086626

When paying via ACH/Wire, please include your account number 124005-00010 and invoice number 99444990.
Please send remittance detail to accounting@stevenslee.com