**EXHIBIT D**

**SCOTT S. REVER, ESQ., Former Subchapter V Trustee**
110 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
Tel: (973) 387-7801

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| BLUE DRAFT CORPORATION, | ) | Case No. 26-44517 (JMM) |
| Debtor. | ) | |

**AFFIDAVIT OF SCOTT S. REVER**

STATE OF NEW JERSEY }
} SS.
COUNTY OF SOMERSET }

**SCOTT S. REVER,** of full age, being duly sworn according to law and upon his oath, deposes and says:

1. I am the former Subchapter V Trustee in the above captioned proceeding.

2. This Affidavit is being submitted in connection with my First and Final Application for Allowance of Fees and for Reimbursement of Expenses.

3. In accordance with Title 18, U.S.C. Section 155, the Rules of this Court, and the United States Trustee Guidelines, neither I nor any member or associate of Stevens & Lee, the law firm with which I am associated, has entered into any agreement, either written or oral, express or implied, with the Debtor or any other party in interest, or any attorney of such person, for the purpose of fixing the amount

of any fees or other compensation to be allowed out of, or paid from the assets of the Debtor or its estate.

4. In accordance with Section 504 of the Bankruptcy Code, except for the law firm with which I am associated, no agreement or understanding exists between me on the one hand, and any other person, on the other hand, for a division of such compensation as I may receive from the Court herein. No division of fees, as prohibited by Section 504 of the Bankruptcy Code, will be made by me.

5. I certify that the U.S. Trustee for the Eastern District of New York is being provided with a copy of the Application and this Affidavit.

**SCOTT S. REVER**

Subscribed and Sworn to
Before Me on This 1st
Day of October, 2026.

/s/ Denise Robles-Mendez

*A Notary Public of New Jersey*
*My Commission Expires December 24, 2029*