**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLUE DRAFT CORPORATION, | ) | Case No. 26-44517 (JMM) |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION OF SCOTT S. REVER, ESQ., FORMER SUBCHAPTER V TRUSTEE, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon the application dated October 1, 2026, of Scott S. Rever, Esq., former Subchapter V Trustee, seeking an award of compensation and reimbursement of expenses for the period August 13, 2026 through September 30, 2026 [ECF No. __] ("Application"); and a hearing on the Application having been held on ______, 2026 ("Hearing"); and good and sufficient notice of the Application and the Hearing having been provided; and Constantine D. Pourakis, Esq., having appeared on behalf of Scott S. Rever, Esq. and the Office of the United States Trustee by _______, Esq. having appeared; and for the reasons set forth at the Hearing, the transcript of which is incorporated herein, it is

**ORDERED**, that the Application is granted to the extent provided in the attached **Schedule "A"**.

**ORDERED**, that the Debtor shall pay the fees and expenses requested herein, within 10 days of the entry of this Order.

**SCHEDULE "A"**
**SUMMARY OF FINAL APPLICATION**

| Application ECF No. | Fee Period | Final Fees Requested | Final Fees Awarded | Holdback of 20% | Final Expenses Requested | Final Expenses Approved | Final Fees to be Paid | Final Expenses to be Paid |
|---|---|---|---|---|---|---|---|---|
| **CURRENT PERIOD** | | | | | | | | |
| Docket No. 130 | 8/13/2026 – 9/30/2026 | $2,500.00 | $2,500.00 | $0 | $0 | $0 | $2,500.00 | $0 |
| **PRIOR PERIODS** | | | | | | | | |
| n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| **TOTAL** | | $2,500.00 | $2,500.00 | $0 | $0 | $0 | $2,500.00 | $0 |