UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Blue Draft Corporation,

Debtor.

Chapter 11
Subchapter V
Case No. 26-44517-jmm

-----------------------------------------------------------x

**ORDER SCHEDULING ADJOURNED 11 U.S.C. § 1188 CONFERENCE**

---

**WHEREAS**, Blue Draft Corporation (the "Debtor") having filed a petition for reorganization under Subchapter V of Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "New Jersey Bankruptcy Court"); and

**WHEREAS**, the New Jersey Bankruptcy Court scheduled a status hearing pursuant to 11 U.S.C. § 1188 for September 22, 2026 (the "1188 Status Conference") and directed that the status report required by 11 U.S.C. § 1188(c) be filed not later than 14 days prior to the 1188 Status Conference; and

**WHEREAS**, on September 9, 2015, the New Jersey Bankruptcy Court entered an order transferring the above-caption case to the United States Bankruptcy Court for the Eastern District of New York due to venue being improper in the New Jersey Bankruptcy Court; and

**WHEREAS**, this case was transferred to this Court on September 29, 2026.

**NOW, THEREFORE,** it is hereby

**ORDERED**, that the adjourned 1188 Status Conference will be held before the Honorable Jil Mazer-Marino of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 on **November 18, 2026** at **3:00 p.m.**; and it is further

**ORDERED**, that the 1188 Status Conference may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the conferences must register with eCourt Appearances no later than two (2) days prior to each conference. The phone number or video link for the hearing will be emailed only to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that pursuant to 11 U.S.C. §1188(c), not later than 14 days before the 1188 Status Conference, the Debtor shall file with the Court and serve on the Subchapter V trustee and all parties in interest, a report that details the efforts the Debtor has undertaken and will undertake to attain a consensual plan of reorganization; and it is further

**ORDERED**, that the Debtor, or an authorized representative of the Debtor, and counsel for the Debtor, shall be present at the 1188 Status Conference and shall be prepared to address the following matters:

● the nature of the Debtor's business and the reason for commencing this case;

● the Debtor's eligibility to be a debtor under Subchapter V;

● the Debtor's compliance with 11 U.S.C. §§ 1116(2), (3), (4), (5), (6) and (7);

● the Debtor's financial condition, including post-petition operations and revenue, debtor-in-possession financing, and the use of cash collateral;

● the status of the Debtor's applications to retain professionals;

● the status of the Debtor's application for an order to fix the last date for creditors to file proofs of claim;

● the Debtor's compliance with 11 U.S.C. § 1189, which requires the Debtor to file a plan of reorganization within ninety (90) after entry of the order for relief;

● significant motions and adversary proceedings anticipated by the Debtor; and

● the scheduling of additional status conferences;

and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 1189(b), the Debtor shall file a plan not later than ninety (90) days after entry of the order for relief, and it is further

**ORDERED**, that the Debtor shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period, and it is further

**ORDERED**, to the extent applicable, the Debtor shall file with the Court, and serve on the Office of the United States Trustee, quarterly reports concerning entities the Debtor controls pursuant to Bankruptcy Rule 2015.3; and it is further

**ORDERED**, that the unexcused failure to attend the 1188 Status Conference or other conferences set by the Court, or to file timely monthly operating reports or related entity reports

in compliance with this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112, and it is further

**ORDERED**, that the Clerk of Court give notice of this Order to the Debtor, its counsel, the United States Trustee, the Subchapter V Trustee and all creditors and parties in interest.

**Dated: November 3, 2026**
**Brooklyn, New York**

Jil Mazer-Marino
Chief United States Bankruptcy Judge