# Notice Recipients

District/Off: 0207−1  User: admin  Date Created: 11/3/2026
Case: 1−26−44517−jmm  Form ID: pdfall  Total: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| 10768830 | 1099 WORKERS |
| 10768831 | Hobbs, Inc. |
| 10768835 | St. John Paul II Parish Center |

TOTAL: 3

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Gerard R Luckman, Esq. | gluckman@forchellilaw.com |
| aty | Darius A Marzec | dariusmarzec@gmail.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Blue Draft Corporation  19 Rosemont Ave  Madison, NJ 07940 |
| cr | AIS Portfolio Services, LLC Attn: Ally Bank Lease Trust − Assignor to Vehicle Asset Universal Leasing Trust  4515 N Santa Fe Ave, Dept APS  Oklahoma City, OK 73118 |
| cr | Volt Electric Inc.  46 Alden Street  Wallington, NJ 07057 |
| ust | United States Trustee  Office of the United States Trustee − NY  Alexander Hamilton Custom House  One Bowling Green, Room 534  New York, NY 10004−1408 |
| aty | Barry E. Janay  The Law Office of Barry E. Janay, P.C.  90 Broad Street  25th Floor  New York, NY 10004 |
| 10768838 | Ally Bank Lease Trust − Assignor to Vehi  AIS Portfolio Services, LLC  4515 N Santa Fe Ave. Dept. APS  Oklahoma City, OK 73118 |
| 10768839 | Ally Bank Lease Trust c/o AIS Portfolio Services,  4515 N. Santa Fe Ave. Dept. APS  Oklahoma City, OK 73118 |
| 10777457 | BLUE DRAFT CORPORATION  Darius A. Marzec, Esq.  MARZEC LAW FIRM, P.C.  57 W 57th Street, Suite 809  New York, NY 10019 |
| 10768832 | Internal Revenue Service  Centralized Insolvency Operation  P.O. Box 7346  Philadelphia, PA 19101−7346 |
| 10768833 | JPMorgan Chase Bank, N.A.  P O Box 44959  Indianapolis, IN 46244−4959 |
| 10768840 | JPMorgan Chase Bank, N.A.  s/b/m/t Chase Bank USA, N.A.  c/o National Bankruptcy Services, LLC  P.O. Box 9013  Addison, Texas 75001 |
| 10776570 | NEW YORK STATE DEPARTMENT OF LABOR  1220 WASHINGTON AVE BLDG 12, RM 256  ALBANY, NY 12226 |
| 10768834 | NYS Department of Taxation and Finance  Bankruptcy/Special Procedures Section  P.O. Box 5300  Albany, NY 12205−0300 |
| 10768836 | Subcontractor −  36 Gramercy Park East  Apt 7W  New York, NY 10003 |
| 10777622 | Volt Electric Inc.  c/o Darius A. Marzec, Esq.  MARZEC LAW FIRM, P.C.  57 W 57th Street, Suite 809  New York, NY 10019 |
| 10768837 | Volt Electric Inc.  c/o Marzec Law Firm, P.C.  776A Manhattan Avenue, Suite 104  Brooklyn, NY 11222 |

TOTAL: 16