UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

BLUE DRAFT CORPORATION,

Debtor.
-------------------------------------------------------------x

Chapter 11 (Subchapter V)

Case No. 1-26-44517 (JMM)

**DECLARATION OF BARRY E. JANAY IN SUPPORT OF DEBTOR'S OBJECTION TO APPLICATION OF VOLT ELECTRIC INC. FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004**

I, Barry E. Janay, declare as follows:

1. I am an attorney admitted to practice before this Court and the principal of the Law Office of Barry E. Janay, P.C., counsel to Blue Draft Corporation, the debtor and debtor in possession (the "Debtor"). I submit this declaration in support of the Debtor's objection (the "Objection") to the Rule 2004 application of Volt Electric Inc. ("Volt") (the "Application"). I have personal knowledge of the facts stated below.

2. On November 2, 2026, I attended the meeting of creditors in this case held under section 341(a) of the Bankruptcy Code. The Debtor's president, Wojciech Ostrowski, appeared and testified under oath.

3. Counsel for Volt appeared at the meeting of creditors and questioned Mr. Ostrowski about, among other things, the Debtor's business, revenue and assets.

4. Mr. Ostrowski testified, in substance, that the lease of the Debtor's pickup truck has ended, that the Debtor does not currently own or lease any vehicle, and that the Debtor rents a truck when one is needed.

5. On or about November 4, 2026, my office provided to the Office of the United States Trustee, on the Debtor's behalf, among other things, the Debtor's 2024 and 2025 federal income tax returns, a pro forma income statement, a list of the Debtor's open projects, and draft monthly operating reports for August and September 2026.

6. Neither Volt nor its counsel contacted me, or, to my knowledge, any other attorney at my firm, about the Application before Volt filed it on October 29, 2026 or before Volt re-filed it on November 6, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2026 /s/ Barry E. Janay
Barry E. Janay