UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:

BLUE DRAFT CORPORATION,

Debtor.
--------------------------------------------------------------x

Chapter 11 (Subchapter V)

Case No. 1-26-44517 (JMM)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, I caused the following documents to be filed electronically with the Clerk of the Court using the CM/ECF system:

- Debtor's Objection to Application of Volt Electric Inc. for Entry of an Order Pursuant to Bankruptcy Rule 2004 Directing the Production of Documents by, and the Examination of, Blue Draft Corporation; and
- Declaration of Barry E. Janay in Support of Debtor's Objection to Application of Volt Electric Inc. for Entry of an Order Pursuant to Bankruptcy Rule 2004.

The CM/ECF system sent a Notice of Electronic Filing of these documents to all parties registered to receive electronic notice in this case, including counsel for Volt Electric Inc., the Subchapter V Trustee, and the Office of the United States Trustee, which constitutes service on those parties.

Dated: November 10, 2026

LAW OFFICE OF BARRY E. JANAY, P.C.
*Counsel to the Debtor and Debtor in Possession*

By: /s/ Barry E. Janay
Barry E. Janay, Esq.
354 Eisenhower Parkway, Suite 1250
Livingston, New Jersey 07039
(908) 374-0811
bjanay@lobej.com