UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------ X

| | |
|---|---|
| In re: | Chapter 11<br>Subchapter V |
| Blue Draft Corporation, | Case No.: 26-44517-jmm |
| Debtor. | |

------------------------------------ X

**ORDER PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING EXAMINATION**

Upon the motion [ECF No. 30] (the "Motion") filed by Volt Electric Inc., (the "Movant") pursuant to Bankruptcy Rule 2004, for an order authorizing the Movant to issue one or more subpoenas directing Wojciech Ostrowski and Marcin Bak, President and Vice President of Blue Draft Corporation (the "Witnesses") to produce documents and appear for examination as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion; and after due consideration and sufficient cause appearing therefore; it is

**ORDERED**, that the Movant is authorized to issue one or more subpoenas to compel the production of documents from the Witnesses and to compel the Witnesses to appear for examination; and it is further

**ORDERED**, that subject to agreement between the Movant and Witnesses, the Witnesses' time to produce documents requested by, to object to, to move to quash, or to otherwise respond to, a subpoena issued pursuant to this Order shall be the time established by Rule 45 of the Federal Rules of Civil Procedure made applicable hereto by Bankruptcy Rule 9016.

Dated: November 19, 2026
Brooklyn, New York

Jil Mazer-Marino
Chief United States Bankruptcy Judge